HORACE ANDERSON, as Substituted Trustee under the Last Will and Testament of RAYMON MARTINEZ HERNANDEZ, Appellant, *v.* ISABELL M. BLOOD et al., Respondents, Impleaded with JOHN R. M. HERNZ et al.

(Submitted April 19, 1897 ; decided May 4, 1897.)

MOTION for reargument denied, with ten dollars costs. (See 152 N. Y. 285.)

---

HENRY J. McGUCKIN, Appellant, *v.* SAMUEL W. MILBANK et al., as Executors of WILLIAM A. CAULDWELL, Deceased, Respondents.

(Submitted April 19, 1897; decided May 4, 1897.)

MOTION for reargument denied, with ten dollars costs. (See 152 N. Y. 297.)